**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HALLMARK LICENSING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-06392 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Keri L. Holleb Hotaling** |

**DECLARATION OF MARCELLA D. SLAY**

I, Marcella D. Slay, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Hallmark Licensing, LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. As of September 13, 2023, the third parties have not completed effectuating the Temporary Restraining Order. Plaintiff plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 13th day of September 2023 at Chicago, Illinois.

/s/ Marcella D. Slay
 Marcella D. Slay
*Counsel for Plaintiff Hallmark Licensing, LLC*